## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : |  |
|  | : | **Case No.** 5 : 25cr 21 |
| **v.** | : |  |
|  | : | In violation of: |
| **NICHOLAS ANDREW MCMILLION** | : | 18 U.S.C. §§ 2261A(2)(A), (B), |
|  | : | 2261(b)(5), and 2265A(a) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE
### *Cyberstalking*
### *(18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5), and 2265A(a))*

1.    Beginning in or around December 2024, and continuing through on or about June 12, 2025, in the Western District of Virginia and elsewhere, the defendant, NICHOLAS ANDREW MCMILLION, did, with intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, that is, K.T., use an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that placed K.T. in reasonable fear of death and serious bodily injury to K.T., and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to K.T.

2.    Prior to committing the offense alleged in this count, the defendant, NICHOLAS ANDREW MCMILLION, had been convicted of a prior domestic violence and stalking incident.

3.      All in violation of Title 18, United States Code, Sections 2261A(2)(A), (B),

2261(b)(5), and 2265A(a).

A TRUE BILL, this ____ day of October 2025.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

ROBERT N. TRACCI
Acting United States Attorney